FRANCES L. FUNK, ADMINISTRATOR OF THE ESTATE OF JO-
SEPH F. ULEAU, JR., PLAINTIFF-APPELLANT, v. ALLSTATE
INSURANCE COMPANY, DEFENDANT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued February 26, 1980—Decided March 4, 1980.

Before Judges FRITZ, KOLE and LANE.

*J. Llewellyn Mathews* argued the cause for appellant (*Apell,
Howard* and *Mathews*, attorneys).

*William A. Garrigle* argued the cause for respondent (*Casby,
Garrigle & Cheirici,* attorneys; *Frank A. Salvati* on the brief).

PER CURIAM.

We affirm substantially for the reasons set forth by Judge
Haines in his opinion in the trial court, 169 *N.J.Super.* 226 (Law
Div.1979), except that our agreement with that opinion should
not be deemed to reflect a unanimous agreement on our part
with the expression of our brethren in *Clay v. N. J. Special Joint
Underwriting Ass'n*, 160 *N.J.Super.* 188 (App.Div.1978). We
need not undertake a reconsideration of the principles of *Clay* at
this time since appellant's decedent was not and, of course, now
can never be in an occupational status because of his disability.
The circumstances with which we deal are thus distinguishable
and clearly beyond the coverage mandated by the statute or in
the policy.